# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>PRASAN NEPAL, aka "TRIPPY,"<br>and<br>LEONIDAS VARAGIANNIS, aka "WAR,"<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:25-mj-00061<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 4/15/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 01, 2021 to the Present  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(g) | (Child Exploitation Enterprise) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew Rust,  Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
 Telephone  (specify reliable electronic means).

Date:  04/15/2025

*Judge's signature*

City and state:  Washington, DC         U.S. Magistrate Judge Zia M. Faruqui
*Printed name and title*