**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 25-mj-61** |
| **v.** | **:** | |
| | **:** | |
| **PRASAN NEPAL** | **:** | |
| **aka "TRIPPY", and** | **:** | |
| | **:** | |
| **LEONIDAS VARAGIANNIS,** | **:** | |
| **aka "WAR"** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## <u>NOTICE OF APPEARANCE</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Karen Shinskie, who may be contacted by telephone on (202) 730-6878 or e-mail at Karen.Shinskie@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
DC Bar No. 481052

By:    /s/ *Karen L. Shinskie*
Karen L. Shinskie
D.C. Bar No. 1023004
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 730-6878
Karen.Shinskie@usdoj.gov