AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>PRASAN NEPAL,<br>aka "TRIPPY,"<br><br>*Defendant* | )<br>)<br>)  Case: 1:25-mj-00061<br>)  Assigned To : Faruqui, Zia M.<br>)  Assign. Date : 4/15/2025<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Prasan Nepal aka "Trippy,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(g) (Child Exploitation Enterprise)

Date: 04/15/2025

*Issuing officer's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/22/2025, and the person was arrested on *(date)* 04/22/2025
at *(city and state)* GREENSBORO, NC.

Date: 04/23/2025

*Arresting officer's signature*

NICHOLAS L. COMBS   FBI TF
*Printed name and title*