AO 442 (Rev. 11/11) Arrest Warrant                          NNKV

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>PRASAN NEPAL,<br>aka "TRIPPY,"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:25-mj-00061<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 4/15/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Prasan Nepal aka "Trippy,"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(g) (Child Exploitation Enterprise)

Date:       04/15/2025

                                                                    *Issuing officer's signature*

City and state:      Washington, D.C.                    Zia M. Faruqui,  U.S. Magistrate Judge
                                                                    *Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* 7/15/25<br>at *(city and state)* Durham   NC<br><br>Date:  5/21/25 | , and the person was arrested on *(date)* 4/23/25<br><br>*Arresting officer's signature*<br><br>Ross  Kabla<br>*Printed name and title* |